No. 96-6249. MAZZELL v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96-6251. NAWACHIE v. DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 96-6280. EARNEST v. DORSEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 96-6290. RAWLINS v. ALLEN, CLERK, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96-6299. NESBITT v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96-6302. STEELE v. CITY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96-6312. WILSON v. NETHERLAND, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 96-6317. PRESTON v. BERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96-6330. WHITE v. GREGORY ET AL. C. A. 10th Cir. Certiorari denied.

No. 96-6332. HAWKINS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96-6339. MCKENZIE v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 96-6342. RENDELMAN v. KEOHANE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96-6354. ANDREWS v. UNITED STATES; and
No. 96-6425. GRIMES v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 90 F. 3d 1110.

No. 96-6363. BARTON v. MORRIS, WARDEN. C. A. 6th Cir. Certiorari denied.